**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6374**

_____

ROBERT RAY ALLEN,

Plaintiff - Appellant,

versus

PATUXENT INSTITUTION; KEITH L. COE,
Correctional Officer II; NURSE KABA; THREE
OTHER GUARDS THAT BEAT ME; A. CARLTON,
Officer; LINWOOD BETHEA, Officer; CHARLES
COOK, Officer; DANIEL MAYBERRY, Officer; KRIPA
KASHYAP, Doctor; FERNINAND MASSARI, Doctor;
MONA M. MALIK,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
00-3502-PJM)

_____

Submitted:  September 26, 2002      Decided:  October 8, 2002

_____

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Bernard Tetrault, PRISONER RIGHTS INFORMATION SYSTEM OF MARYLAND, INCORPORATED, Baltimore, Maryland, for Appellant. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland; Donald Joseph Crawford, ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Ray Allen appeals the district court's order granting the Defendants' motions for summary judgment and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Allen v. Patuxent Inst., No. CA-00-3502-PJM (D. Md. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED